

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2014

No. 04-13-00275-CV

Joseph **MAYZONE**,
Appellant

v.

**MISSIONARY OBLATES OF MARY IMMACULATE OF TX.** and Father Thomas Ovalle,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19412
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Luz Elena Chapa, Justice

The panel has considered appellant's motion for rehearing. Appellant's motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court